UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LOUIS GELLIS,  :
:
                         Plaintiff,  :
:        21-cv-3082 (VSB)
       -against-  :
:        **ORDER**
:
TRANS UNION, LLC, et al.,  :
                       Defendants.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that Plaintiff and Defendant JPMorgan Chase Bank, N.A. ("Chase") have reached a settlement agreement. (Doc. 22.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued as to Defendant Chase, and Defendant Chase only, without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: August 13, 2021
      New York, New York

                                                                       Vernon S. Broderick
                                                                       United States District Judge