```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    21cv3082(DLC)
LOUIS GELLIS,                             :
                                          :      ORDER OF
                              Plaintiff,  :    DISCONTINUANCE
                -v-                       :
                                          :
TRANSUNION, LLC,                          :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 14, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         September 17, 2021

                                    _____
                                          DENISE COTE
                                    United States District Judge